In the Matter of HAUPPAUGE CLASSROOM TEACHERS ASSOCIATION et al., Appellants, v. DAVID MILLMAN, as Superintendent of Schools of Union Free School District No. 6, Towns of Smithtown and Islip, et al., Respondents.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.